IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**CHARLES B. BRINKMAN and**
**LOUISE K. BRINKMAN**

      **Plaintiffs,**

v.

**JOHN CRANE, INC., et al.**

      **Defendants.**

CIVIL ACTION
NO. 4:14-cv-00142-AWA-LRL

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and two (2) of the Defendants in this action, General Dynamics Corporation and Electric Boat Corporation, through their respective undersigned counsel, represent to the Court that all matters in controversy between Plaintiffs and these two defendants have been resolved and compromised, and they accordingly stipulate that this action be dismissed as against General Dynamics Corporation and Electric Boat Corporation, only, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees in this matter. This lawsuit shall continue against all other defendants not specifically named herein.

Dated this 1st Day of March, 2017.

s/William W.C. Harty, Esq.
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602

(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com
*Counsel for Plaintiffs*


s/Jason R. Waters, Esq.
Jason R. Waters, Esq.
Peter M. Moore, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
*Counsel for General Dynamics Corporation and Electric Boat Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| George Dancigers, Esq.<br>**McKENRY, DANCIGERS, DAWSON, PC**<br>192 Ballard Court, Suite 400<br>Virginia Beach, Virginia 23462-6538 | ***Counsel for Waco, Inc.*** |
| Robert L. O'Donnell, Esq.<br>**VANDEVENTER, BLACK, LLP**<br>101 W. Main Street<br>500 World Trade Center<br>Norfolk, Virginia 23510 | ***Counsel for J. Henry Holland Corporation*** |
| Henry N. Ware, Jr., Esq.<br>M. F. Connell Mullins, Jr., Esq.<br>W. Randolph Robins, Jr., Esq.<br>P.J. Turner, Esq.<br>**SPOTTS, FAIN, P.C.**<br>411 E. Franklin Street, Suite 600<br>Richmond, Virginia 23219 | ***Counsel for Ingersoll-Rand Company***<br>***Counsel for Trane US, Inc. f/k/a American Standard, Inc.*** |
| James G. Kennedy, Esq.<br>James D. Gandy, Esq.<br>Carl E. Pierce, II, Esq.<br>**PIERCE, HERNS, SLOAN & WILSON, LLC**<br>The Blake House<br>321 East Bay Street<br>Charleston, South Carolina 29401 | ***Counsel for Union Carbide Corporation*** |
| Anthony B. Taddeo, Jr., Esq.<br>David M. Sturm, Esq.<br>**TADDEOSTURM, PLC**<br>3 West Cary Street<br>Richmond, Virginia 23220 | ***Counsel for Velan Valve Corp.*** |
| Timothy S. Brunick, Esq.<br>Bonnie P. Lane, Esq.<br>**CLARKE, DOLPH, RAPAPORT, HULL & BRUNICK, PLC**<br>6160 Kempsville Circle, Suite 101A<br>Norfolk, Virginia 23502 | ***Counsel for IMO Industries, Inc. as Successor in Interest to DeLeval Turbine, Inc. and DeLeval Pumps***<br>***Counsel for Warren Pumps, Inc.*** |

| | |
|---|---|
| Christopher J. Wiemken, Esq.<br>Gerard E. W. Voyer, Esq.<br>**TAYLOR WALKER, P.C.**<br>555 E. Main Street, Suite 1300<br>Norfolk, Virginia 23510 | *Counsel for Crane Co.* |
| Jeffrey S. Poretz, Esq.<br>Carl Schwertz, Esq.<br>**MILES & STOCKBRIDGE, P.C.**<br>1751 Pinnacle Drive, Suite 1500<br>McLean, Virginia 22102 | *Counsel for Air & Liquid Systems Corporation, Successor in Merger to Buffalo Pumps, Inc.*<br>*Counsel for Cleaver-Brooks Company, Inc., A division of Aqua-Chem, Inc.* |
| William P. Wallace, Jr., Esq.<br>JOHNSON, AYERS & MATTHEWS, PLC<br>210 First Street, SW, Suite 300<br>First Campbell Square<br>Roanoke, VA 24011-1606 | *Counsel for Metropolitan Life Insurance Company* |
| Albert H. Poole, Esq.<br>**POOLE MAHONEY, P.C.**<br>4705 Columbus Street<br>Virginia Beach, VA 23462-6749<br><br>David B. Oakley, Esq.<br>**POOLE MAHONEY, P.C.**<br>860 Greenbrier Circle, Suite 401<br>Chesapeake, VA 23320 | *Counsel for Noland Company* |
| Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>Brian J. Schneider, Esq.<br>C. Stinson Mundy, Esq.<br>Mary Lou Roberts, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219<br><br>Thomas J. Burns, Esq.<br>**O'CONNELL, TIVIN, MILLER & BURNS, LLC**<br>135 S. La Salle Street, Suite 2300<br>Chicago, IL 60603 | *Counsel for John Crane, Inc.*<br>*Counsel for The Nash Engineering Company*<br><br><br><br><br><br><br>*National Counsel from John Crane, Inc.* |

| | |
|---|---|
| Kevin P. Greene, Esq.<br>Bruce T. Bishop, Esq.<br>Eric D. Cook, Esq.<br>**WILLCOX & SAVAGE, P.C.**<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510 | *Counsel for Aurora Pump Company* |
| Christopher Popecki, Esq.<br>Steven A. Luxton, Esq.<br>**MORGAN, LEWIS & BOCVKIUS, LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541 | *Counsel for Grinnell Corporation* |
| Jason R. Waters, Esq.<br>Peter M. Moore, Esq.<br>Kathryn A. Grace, Esq.<br>Katherine M. Barrett, Esq.<br>WILSON, ELSER, MOSKOWITZ, DELMAN & DICKER, LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102-5102 | *Counsel for General Dynamics*<br>*Counsel for Electric Boat* |

s/ William W.C. Harty, Esq.