IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| CHARLES B. BRINKMAN and<br>LOUISE K. BRINKMAN<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN CRANE, INC., et al.<br><br>      Defendants. | CIVIL ACTION<br>NO. 4:14-cv-00142-AWA-LRL |

**PLAINTIFFS' MOTION FOR REMAND**

NOW COME Plaintiffs, by counsel, and move this Court to remand this case to the Circuit Court for the City of Newport News, Virginia. On March 1, 2017, Plaintiffs and Defendants General Dynamics Corporation and Electric Boat Corporation filed a Joint Stipulation of Dismissal. (ECF 127). General Dynamics Corporation and Electric Boat Corporation were the only defendants who joined the removal of this case from the Circuit Court for the City of Newport News, Virginia. Since the only removing defendants have now settled, this Court should remand the remainder of the case against the non-removing defendants to the State court in which this case was originally filed.

In support of their Motion, Plaintiffs further refer this Court to Plaintiffs' Memorandum in Support of Motion for Remand, filed this day.

                                    Respectfully submitted,

                                    By:_____/s/_____
                                                Of Counsel

William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com

CERTIFICATE OF SERVICE

   I hereby certify that on the <u>16th</u> day of <u>March</u>, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| George Dancigers, Esq.<br>Shawn A. Voyles, Esq.<br>**McKENRY, DANCIGERS, DAWSON, PC**<br>192 Ballard Court, Suite 400<br>Virginia Beach, Virginia 23462-6538 | ***Counsel for Waco, Inc.*** |
| Robert L. O'Donnell, Esq.<br>**VANDEVENTER, BLACK, LLP**<br>101 W. Main Street<br>500 World Trade Center<br>Norfolk, Virginia 23510 | ***Counsel for J. Henry Holland Corporation*** |
| Henry N. Ware, Jr., Esq.<br>M. F. Connell Mullins, Jr., Esq.<br>W. Randolph Robins, Jr., Esq.<br>P.J. Turner, Esq.<br>**SPOTTS, FAIN, P.C.**<br>411 E. Franklin Street, Suite 600<br>Richmond, Virginia 23219 | ***Counsel for Ingersoll-Rand Company***<br>***Counsel for Trane US, Inc. f/k/a American Standard, Inc.*** |
| James G. Kennedy, Esq.<br>James D. Gandy, Esq.<br>Carl E. Pierce, II, Esq.<br>**PIERCE, HERNS, SLOAN & WILSON, LLC**<br>The Blake House<br>321 East Bay Street<br>Charleston, South Carolina 29401 | ***Counsel for Union Carbide Corporation*** |

| | |
|---|---|
| Anthony B. Taddeo, Jr., Esq.<br>David M. Sturm, Esq.<br>**TADDEOSTURM, PLC**<br>3 West Cary Street<br>Richmond, Virginia 23220 | ***Counsel for Velan Valve Corp.*** |
| Timothy S. Brunick, Esq.<br>Bonnie P. Lane, Esq.<br>**CLARKE, DOLPH, RAPAPORT, HULL & BRUNICK, PLC**<br>6160 Kempsville Circle, Suite 101A<br>Norfolk, Virginia 23502 | ***Counsel for IMO Industries, Inc. as Successor in Interest to DeLeval Turbine, Inc. and DeLeval Pumps***<br>***Counsel for Warren Pumps, Inc.*** |
| Christopher J. Wiemken, Esq.<br>Gerard E. W. Voyer, Esq.<br>**TAYLOR WALKER, P.C.**<br>555 E. Main Street, Suite 1300<br>Norfolk, Virginia 23510 | ***Counsel for Crane Co.*** |
| Jeffrey S. Poretz, Esq.<br>Carl Schwertz, Esq.<br>**MILES & STOCKBRIDGE, P.C.**<br>1751 Pinnacle Drive, Suite 1500<br>McLean, Virginia 22102 | ***Counsel for Air & Liquid Systems Corporation, Successor in Merger to Buffalo Pumps, Inc.***<br>***Counsel for Cleaver-Brooks Company, Inc., A division of Aqua-Chem, Inc.*** |
| John P. Fishwick, Esq.<br>**LICHTENSTEIN & FISHWICK, P.C.**<br>101 S. Jefferson Street, Suite 505<br>Roanoke, VA 24011 | ***Counsel for Metropolitan Life Insurance Company*** |
| Albert H. Poole, Esq.<br>**POOLE MAHONEY, P.C.**<br>4705 Columbus Street<br>Virginia Beach, VA 23462-6749<br><br>David B. Oakley, Esq.<br>**POOLE MAHONEY, P.C.**<br>860 Greenbrier Circle, Suite 401<br>Chesapeake, VA 23320 | ***Counsel for Noland Company*** |

| | |
|---|---|
| Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>Brian J. Schneider, Esq.<br>C. Stinson Mundy, Esq.<br>Mary Lou Roberts, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219<br><br>Daniel R. Griffin, Esq.<br>**O'CONNELL, TIVIN, MILLER & BURNS, LLC**<br>400 E. Wisconsin Avenue, Suite 400<br>Milwaukee, WI 53202 | *Counsel for John Crane, Inc.*<br>*Counsel for The Nash Engineering Company*<br><br><br><br><br><br><br><br>*National Counsel from John Crane, Inc.* |
| Kevin P. Greene, Esq.<br>Bruce T. Bishop, Esq.<br>Eric D. Cook, Esq.<br>**WILLCOX & SAVAGE, P.C.**<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510 | *Counsel for Aurora Pump Company*<br>*Liaison Counsel* |
| Jessica M. Zetwick, Esq.<br>Steven A. Luxton, Esq.<br>**MORGAN, LEWIS & BOCVKIUS, LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541 | *Counsel for Grinnell Corporation* |

By: _____/s/_____
       Of Counsel