# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FERNANDO GALINDO<br>CLERK OF COURT | REBECCA BEACH SMITH<br>CHIEF JUDGE |

July 5, 2017

Clerk of Court
Newport News Circuit Court
2500 Washington Ave.
Newport News, VA 23607

      Re:    Brinkman et al v. John Crane, Inc. et al, 4:14cv142
                Circuit Court Case No.   CL14-02757F-15

Dear Clerk of Court:

      Pursuant to 28 U.S.C. 1447(c), we enclose a certified copy of the docket sheet wherein it reflects an order granting the unopposed motion to remand to your court in the above-captioned case.

                                  Very truly yours,

                                    FERNANDO GALINDO, Clerk

                                    By: _____/s/_____
                                            Deputy Clerk

Enclosure

cc: Counsel of Record